**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOSE A. BARRIOS,<br><br>    Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>    Respondent. | NO. CV 15-07868-VBF (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 31, 2017.

                    *Valerie Baker Fairbank*
                    VALERIE BAKER FAIRBANK
                    UNITED STATES DISTRICT JUDGE